**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**LONDON DIVISION**

*Electronically Filed*

| | | |
|---|---|---|
| ROYLEE WALKER | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| v. | ) | CASE NO. 6:17-CV-00096-GFVT |
| | ) | |
| WAL-MART STORES EAST, LP | ) | |
| | ) | |
| DEFENDANT | ) | |

**<u>AGREED ORDER OF DISMISSAL</u>**

The parties being in Agreement, and this Court being sufficiently advised,

IT IS HEREBY ORDERED that the claims of Plaintiff Roylee Walker against Defendant Wal-Mart Stores East, LP, shall be and hereby are DISMISSED WITH PREJUDICE with each party to bear its own costs and attorney's fees.  This is a final and appealable Order, there being no just cause for delay.

HAVE SEEN AND AGREED:


  _/s/ Andrew Dutkanych_ (w/ permission)          _/s/ Emily C. Lamb_____
Andrew Dutkanych                                David Domene
BIESECKER DUTKANYCH & MACER, LLC                Emily C. Lamb
411 Main Street                                 BLACKBURN DOMENE & BURCHETT, PLLC
Evansville, Indiana 47708                       614 West Main Street, Suite 3000
Tel: 812.424.1000                               Louisville, KY 40202
Fax: 812.424.1005                               Tel: 502-584-1600
ad@bdlegal.com                                  Fax: 502-584-9971
                                                ddomene@bdblawky.com
*Counsel for Plaintiff*                         elamb@bdblawky.com

                                                *Counsel for Defendant*