UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | |
|---|---|
| ROYLEE WALKER, | ) |
| Plaintiff, | ) Civil No. 6:17-cv-00096-GFVT |
| V. | ) |
| WAL-MART STORES EAST, LP, | ) **ORDER** |
| Defendant. | ) |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

The parties being in Agreement [R. 13] and the Court being sufficiently advised, it is hereby **ORDERED** that the claims of Plaintiff Roylee Walker against Defendant Wal-Mart Stores East, L.P., shall be and hereby are **DISMISSED WITH PREJUDICE** with each party to bear its own costs and attorney's fees.  This matter is hereby **STRICKEN** from the active docket.

This the 12th day of October, 2017.

Gregory F. Van Tatenhove
United States District Judge